FILED
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER    2010 MAR 12 A 9:52

U.S. DISTRICT COURT
EASTERN DIST. TENN.

BY_____ DEPT. CLERK

| | |
|---|---|
| BETTE DONATHAN, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | 4:07-cv-18 |
| ) | |
| v. ) | Judge Mattice |
| ) | |
| THE ORTHOPAEDIC & SPORTS ) | |
| MEDICINE CLINIC, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

## VERDICT FORM

We, the jury, unanimously answer the questions submitted by the Court as follows:

### Question One:

Do you find the Defendant Delores K. White, D.O. to be at fault?

Answer yes or no ___Yes___

If your answer is no, please write "zero" in the space provided in Question Eight for this Defendant.

### Question Two:

Do you find Defendant Ronald Gordon, M.D. to be at fault?

Answer yes or no ___Yes___

If your answer is no, please write "zero" in the space provided in Question Eight for this Defendant.

### Question Three:

Do you find Defendant Faith Nance, C.R.N.A. to be at fault?

Answer yes or no ___NO___

If your answer is no, please write "zero" in the space provided in Question Eight for this Defendant.


### Question Four:

Do you find Defendant Christopher A. Will, C.R.N.A. to be at fault?

Answer yes or no ___Yes___

If your answer is no, please write "zero" in the space provided in Question Eight for this Defendant.


### Question Five:

Do you find Defendant Elizabeth Reimers, M.D. to be at fault?

Answer yes or no ___NO___

If your answer is no, please write "zero" in the space provided in Question Eight for this Defendant.

## Question Six:

Do you find Defendant Cumberland Healthcare Group, acting through anyone other than Ronald Gordon, M.D., Faith Nance, C.R.N.A., Chris Will, C.R.N.A., or Elizabeth Reimers, M.D. , to be at fault?

Answer yes or no ___Yes___

If your answer is no, please write "zero" in the space provided in Question Eight for this Defendant.

## Question Seven:

Do you find Defendant Southern Tennessee Medical Center, LLC to be at fault?

Answer yes or no ___NO___

If your answer is no, please write "zero" in the space provided in Question Eight for this Defendant.

### Question Eight:

If you found any of the Defendants to be at fault, you must attribute a percentage of fault to those Defendants in the space below. The total percentage of fault of all Defendants you find to be at fault must equal One Hundred Percent (100%).

| Defendant | Percentage of Fault |
|---|---|
| Delores K. White, D.O. | 50 |
| Ronald Gordon, M.D. | 40 |
| Faith Nance, C.R.N.A. | 0 |
| Christopher A. Will, C.R.N.A. | 5 |
| Elizabeth Reimers, M.D. | 0 |
| Cumberland HealthCare Group | 5 |
| Southern Tennessee Medical Center, LLC | 0 |
| **Total:** | **100 percent** (100%) |

**Question Nine:**

This question concerns the issue of agency for the Defendant individuals and Defendant Cumberland HealthCare Group with respect to the Defendant Southern Tennessee Medical Center. For any of the defendants you have found to be at fault in Question Eight, which, if any, were the actual or apparent agents of the Defendant Southern Tennessee Medical Center. Please write "yes" next to the name of each you find were an agent or apparent agent of the Defendant Southern Tennessee Medical Center. For any you find were not the agent or apparent agent of the Defendant Southern Tennessee Medical Center write "no."

| | |
|---|---|
| Delores K. White, D.O. | No |
| Ronald Gordon, M.D. | Yes |
| Faith Nance, C.R.N.A. | NA |
| Christopher A. Will, C.R.N.A. | Yes |
| Elizabeth Reimers, M.D. | NA |
| Cumberland HealthCare Group | Yes |

## Question Ten:

What amount of damages, if any, do you find were sustained by the Plaintiff <u>Bette</u> Donathan:

| | |
|---|---|
| Medical care/services/supplies - past | $ 149,154.31 |
| Medical care/services/supplies - future | $ 1,267,107.00 |
| Physical Pain and Mental Suffering - Past | $ 1,200,000.00 |
| Physical Pain and Mental Suffering - Future | $ 5,400,000.00 |
| Permanent injury/disfigurement | $ 5,500,000.00 |
| Loss of enjoyment of life - past | $ 2,000,000.00 |
| Loss of enjoyment of life - future | $ 3,750,000.00 |
| TOTAL | $ 19,266,261.31 |

What amount of damages, if any, do you find were sustained by the Plaintiff <u>Ben</u> Donathan:

$ 3,000,000.00

Foreperson

3/12/10
Date