# United States District Court

DISTRICT OF ___Tennessee___

___Eastern___

Bette F. Dorathan and Ben D. Dorathan v The Orthopedic & Sports Medicine Clinic, PLC et al

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 4:07-CV-18

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Harry S. Mattice, Jr. | R Kinnard, D Clayton | T. Wiseman, K Silvus, G Brock, G Bennett, M Tenaciati |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 1-20-2010 | Sharron Andrews | Pam Scott |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| W |   | 1-20-2010 |   |   | Delores White, sworn |
| 1 |   | " | ✓ | ✓ | Medical Records of Bette Dorathan from STMC |
|   | 2 | " | ✓ | ✓ | Epidural Catheter sticker (yellow) |
| W |   | 1-22-2010 |   |   | Delores White, previously sworn |
|   | 3 | " | ✓ | ✓ | Photo |
|   | 4 | " | ✓ | ✓ | Photo |
|   | 5 | " | ✓ | ✓ | Photo |
| W |   | " |   |   | Jamie N. Hazard, sworn |
| W |   | 1-26-2010 |   |   | Jamie N. Hazard, previously sworn |
| W |   | " |   |   | Raj Bhole, M.D., sworn |
| 6 |   | " | ✓ | ✓ | Curriculum Vitae for Raj Bhole, M.D. |
| W |   | " |   |   | Faith Nance, sworn |
| 7 |   | " | ✓ | ✓ | Diagram |
| 8 |   | " | ✓ | ✓ | Daily Log |
| 9 |   | " | ✓ | ✓ | Consent Form |
| 10 |   | " | ✓ | ✓ | Anesthetic Evaluation of Ben Dorathan |
| 11 |   | " | ✓ | ✓ | Operative Check List of Ben Dorathan |
| 12 |   | " | ✓ | ✓ | Schedule |
| 13 |   | " | ✓ | ✓ | Needle (in plastic baggie) |
| 14 |   | " | ✓ | ✓ | Catheter (in plastic baggie) |
| W |   | 1-27-2010 |   |   | G. Ram Volotzky, M.D., sworn |
| 15 |   | " | ✓ | ✓ | Picture |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size
Case 4:07-cv-00018 Document 417 Filed 03/12/10 Page 1 of 5
Page 1 of 5 Pages

Bette F. Donathan and Ben D. Donathan vs. The Orthopaedic & Sports Medicine Clinic, PLLC et al

DOCKET NO. 4:07-CV-18

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 16 | | 1-27-2010 | ✓ | ✓ | Picture |
| 17 | | " | ✓ | ✓ | Picture |
| 18 | | " | ✓ | ✓ | Picture |
| 19 | | " | ✓ | ✓ | Curriculum Vitae for H. Ram Velotzky, M.D. |
| W | | " | | | Dr. Kyle Kleinpeter, sworn |
| W | | " | | | Dr. Elizabeth Reiners, sworn |
| 20 | | " | ✓ | ✓ | Chart (original) of Bette Donathan |
| W | | " | | | Christopher Anthony Will, sworn |
| W | | 1-28-2010 | | | Christopher Anthony Will, previously sworn |
| 21 | | " | ✓ | ✓ | Billing Document |
| 22 | | " | ✓ | ✓ | Physician's orders Chart Document |
| W | | " | | | Dr. Terry Winkler by video tape deposition |
| 23 | | " | ✓ | ✓ | Curriculum Vitae of Terry Winkler |
| 24 | | " | ✓ | ✓ | Life Care Plan |
| W | | " | | | Tammie Moore, sworn |
| W | | " | | | Dr. Ronald J. Bortnick, sworn |
| 25 | | " | ✓ | ✓ | Curriculum Vitae of Ronald Bortnick |
| 26 | | " | ✓ | ✓ | Pictures (collective - 14 pages) |
| | 27 | " | ✓ | ✓ | Medical Records Book (Vanderbilt Hospital) |
| W | | " | | | William R. Goodrich, sworn |
| 28 | | " | ✓ | ✓ | Curriculum Vitae for William R. Goodrich |
| 29 | | " | ✓ | ✓ | Costs Chart |
| | W | 2-2-2010 | | | Joseph Fredrick Wade, sworn |
| | 30 | " | ✓ | ✓ | Curriculum Vitae J. Fredrick Wade |
| W | | " | | | Julie Barnes, sworn |
| 31 | | " | ✓ | ✓ | Curriculum Vitae of Julie Barnes |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| \ | | | | | Bette F. Donathan and Ben D. Donathan vs. The Orthopaedic & Sports Medicine Clinic, PLC et al — DOCKET NO. 4:07-CV-18 |
| W | | 2-3-2010 | | | Ben Donathan, sworn |
| W | | " | | | Ronald Gordon, sworn |
| | 32 | " | ✓ | ✓ | Resume of Ronald Jeffrey Gordon |
| | 33 | " | ✓ | ✓ | (Yellow) Pre-Anesthetic Evaluation |
| | 34 | " | ✓ | ✓ | Standard Policy and/or Procedure / Epidural PCA |
| | 35 | " | ✓ | ✓ | 2 page memo |
| | 36 | " | ✓ | ✓ | Provider Arrangement |
| | 37 | " | ✓ | ✓ | Contract / Agreement |
| W | | 2-4-2010 | | | Sean Kaminsky, sworn |
| | 38 | " | ✓ | ✓ | Curriculum Vitae for Sean Kaminsky |
| 39 | | " | ✓ | ✓ | Expenses |
| W | | " | | | Bette Donathan, sworn |
| W | | 2-18-2010 | | | Lloyd Keith Brown, sworn |
| 40 | | " | ✓ | ✓ | Chart |
| W | | " | | | Darla Usa, sworn |
| 41 | | " | ✓ | ✓ | Collective Exhibit (Checklist) 5 pages |
| 42 | | " | ✓ | ✓ | Curriculum Vitae for Darla Usa |
| W | | " | | | Faith Nance by deposition (excerpts read) |
| W | | " | | | Chris Will by deposition (excerpts read) |
| 43 | | " | ✓ | ✓ | Billing Document |
| | W | 2-19-2010 | | | Fred Spielman, sworn |
| | 45 | " | ✓ | ✓ | Curriculum Vitae of Fred Spielman |
| | W | " | | | Dr. Mark Cohen |
| | 46 | " | ✓ | ✓ | Curriculum Vitae of Dr. Mark Cohen |
| | 47 | " | ✓ | ✓ | Table 1 – Projected Growth in Wages |

Bette F. Donathan and Ben D. Donathan vs. The Orthopaedic & Sports Medicine Clinic, PLC et al — DOCKET NO. 4:07-cv-18

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 48 | 2-19-2010 | ✓ | ✓ | Table 2 - Present Value of Life Care Plan |
| | W | " " | | | John Shields |
| | 49 | " " | ✓ | ✓ | John Shields Resume |
| | W | 2/23/2010 | | | Dr. Brian L. Thomas, sworn |
| | 50 | " | ✓ | ✓ | Vitae for Dr. Brian L. Thomas |
| 51 | | " | ✓ | ✓ | Diagram of the spine |
| 52 | | " | ✓ | ✓ | Diagram |
| | W | " | | | Daniel Stewart Ely, sworn |
| | W | 2-24-2010 | | | Ronald G. Gordon by deposition (excerpts read) |
| | W | " | | | Michael G. Stabile, sworn |
| | 53 | " | ✓ | ✓ | Michael G. Stabile's Curriculum Vitae |
| | 54 | " | ✓ | ✓ | Pre-Anesthetic Evaluation |
| | 55 | " | ✓ | ✓ | Currency Log |
| | 56 | " | ✓ | ✓ | Bill for Anesthesia Services |
| | W | 2-25-2010 | | | Michael G. Stabile, previously sworn |
| | W | " | | | Charles S. Greenberg by videotape deposition |
| | 57 | " | | | Curriculum Vitae for Charles S. Greenberg |
| | 58 | " | | | DVD Video Deposition Disc |
| | W | " | | | Lori Pearson, sworn |
| | W | 3-2-2010 | | | Brian Lee Berger, sworn |
| | 59 | " | ✓ | ✓ | Curriculum Vitae for Brian L. Berger |
| | 60 | " | ✓ | ✓ | Image (Spine) T9-T10 |
| | 61 | " | ✓ | ✓ | Image (Spine) T9-T10-T12-L2 |
| | W | " | | | Thomas J. Killian, sworn |
| | 62 | " | ✓ | ✓ | Curriculum Vitae for Thomas J. Killian |
| | W | " | | | Cathlin Vinett, sworn |

Bettie F. Donathan and Ben D. Komittpan vs. The Orthopaedic & Sports Medicine Clinic, PLLC et al

DOCKET NO. 4:07-CV-18

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 63 | 3-2-10 | ✓ | ✓ | Curriculum Vitae for Cathlin Vinett |
| | 64 | " | ✓ | ✓ | Life Care Plan prepared by Ms. Vinett |
| | W | 3-3-10 | | | Latise Jones, sworn |
| | 65 | " | ✓ | ✓ | Curriculum Vitae for Latise Jones |
| | W | " | | | William Caicedo, sworn |
| | 66 | " | ✓ | ✓ | Curriculum Vitae for William Caicedo |
| | W | " | | | John Charles Hyde II, sworn |
| | 67 | " | ✓ | ✓ | Resume of John Charles Hyde II |
| | 68 | " | ✓ | ✓ | Surgery Committee Agenda 3-18-04 |
| | W | 3-4-10 | | | Terri Moore, sworn |