AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

__EASTERN__ DISTRICT OF __TENNESSEE__

## JUDGMENT IN A CIVIL CASE

BETTE DONATHAN, ET AL V. THE ORTHOPAEDIC & SPORTS MEDICINE CLINIC, ET AL

CASE NUMBER: 4:07-CV-18

[✓] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the plaintiff, BETTE DONATHAN, recover from the defendants DELORES K. WHITE, D.O., RONALD GORDON, M.D., CHRISTOPHER A. WILL, C.R.N.A., CUMBERLAND HEALTHCARE GROUP, the total amount of $19,266,261.31, with interest as provided by law, along with costs.

IT IS ALSO ORDERED AND ADJUDGED that the plaintiff, BEN DONATHAN, recover from the defendants DELORES K. WHITE, D.O., RONALD GORDON, M.D., CHRISTOPHER A. WILL, C.R.N.A., CUMBERLAND HEALTHCARE GROUP, the total amount of $3,000,000.00, with interest as provided by law, along with costs.

| March 12, 2010 | Patricia L. McNutt, Clerk |
|---|---|
| Date | |
| | By  s/ |
| | Deputy Clerk |